821 A.2d 1203

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**David Francis LUVARA, Respondent**

**No. 685 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 3, 2003.

*ORDER*

PER CURIAM:

AND NOW, this 3rd day of April, 2003, it is hereby ORDERED that:

(1) the Motion to Dismiss is granted without prejudice to the Office of Disciplinary Counsel to initiate disciplinary proceedings based on the underlying alleged misconduct;

(2) the Order entered by this Court on August 21, 2001, placing respondent on temporary suspension, is vacated; and

(3) respondent is reinstated to the practice of law.